# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

**STACY MILLER,**

    **Plaintiff,**

vs.                                          CASE NO.: 2:17-cv-00144-LGW-BWC

**CITY OF DARIEN, DONNIE HOWARD, RYAN ALEXANDER, AND ARCHIE DAVIS,**

    **Defendant.**                /

## NOTICE OF SUBSTITUTION OF COUNSEL

Adian R. Miller, Esq., of the law firm of Morgan & Morgan, P.A., hereby files her Notice of Appearance in the above-styled cause of action as local counsel of record for the Plaintiff. All further pleadings and notices should be served on the undersigned.

Further, Jaime Duguay's appearance in the above-styled cause of action is withdrawn, as she is no longer with the firm.

                                            **/s/ Adian R. Miller**
                                            Adian R. Miller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record this 3rd day of January, 2019.

      /s/ Adian R. Miller
Adian R. Miller, Esq.
Georgia Bar No. 829447
Morgan & Morgan, PLLC
191 Peachtree Street NE, Ste. 4200
Atlanta, GA 30343-1007
Telephone: (404) 965-1685
Fax:  (470) 639-6869
Email: armiller@forthepeople.com
*Attorney for Plaintiff*