# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEROGIA
### BRUNSWICK DIVISION

**STACY MILLER,**

    **Plaintiff,**　　　　　　　　　　**CASE NO.: 2:17-CV-00144**

**vs.**

**CITY OF DARIEN, ET AL,**

    **Defendant.**　　　　　　　/

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff, STACY MILLER, and Defendant, CITY OF DARIAN, (hereinafter collectively referred to as "the parties"), pursuant to the Federal Rules of Civil Procedure and Local Rule 6.1, respectfully request an additional thirty (30) days to complete discovery, and state in support:

1. The discovery deadline is currently set for March 6, 2019.

2. The parties have timely exchanged written discovery requests and are in the process of scheduling depositions.

3. Defendant's counsel took unexpected medical leave in the month of February, 2019.

4. The parties seek a brief extension of the discovery period in order to complete depositions.

5. Parties therefore request a thirty (30) day extension of discovery until and including April 8, 2019.

6. This is the first request for an extension of discovery.

7. This request is made in good faith and will not prejudice any party.

Respectfully submitted this **6th** day of **March, 2019.**

*With express permission*
*/s/ Emily R. Hancock, Esq*.
GA Bar No.: 115145
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
P.O. Box 220
*Brunswick, GA 31521*
Counsel for Defendants

*/s/ Adian Miller*
Adian Miller
GA Bar No.: 794647
Morgan and Morgan
191 Peachtree Street Suit 4200
Atlanta, GA 30303
*Counsel for Plaintiff*