IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STACY MILLER, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-cv-144 |
| v. | |
| CITY OF DARIEN; DONNIE HOWARD; RYAN ALEXANDER; and ARCHIE DAVIS, | |
| Defendants. | |

## AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion to Extend Discovery and all Remaining Deadlines. Doc. 43. The parties ask the Court to extend all discovery deadlines by 14 days because of recently-produced audio recordings. Id. The Court finds that good cause exists to extend discovery and **GRANTS** the parties' Motion. The following deadlines shall apply in this matter.

These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension.   When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | May 20, 2019 |
| POST-DISCOVERY STATUS REPORT DUE[1] | May 24, 2019 |
| DISCOVERY STATUS CONFERENCE | May 29, 2019 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | June 10, 2019 |
| DEPOSITIONS OF ALL WITNESSES (WHETHER FACT OR EXPERT) THAT ARE *DE BEN ESSE* DEPOSITIONS AND TAKEN NOT FOR DISCOVERY BUT FOR USE AT TRIAL | July 19, 2019 |
| PRE-TRIAL ORDER DUE | August 19, 2019 |

---

[1]    A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

All other instructions in the Court's January 1, 2019 Order remain in full force and effect.

**SO ORDERED**, this 7th day of May, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA