# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:17-cv-144 | **DATE:** | 6/17/2019 |
| **TITLE:** | Stacy Miller v. City of Darien, Donnie Howard, Ryan Alexander and Archie Davis | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:** KIM MIXON

**COURT REPORTER**:

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWK-CHAMBERS | **TIME**: | 10:00-10:05 | **TOTAL:** | 5 minutes |

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR** | **DEFENDANT** |
|---|---|---|
| Adian R. Miller | Emily Hancock | City of Darien, et al |

### TELEPHONIC STATUS CONFERENCE

Parties confirm discovery is complete and no remaining discovery issues for Court to resolve.
Defendants' counsel states a cell phone has been located with screenshots of text messages, which will be produced.
The parties do not believe mediation would be productive at this time.
The current scheduling order will remain in place.
If parties wish to explore court-assisted mediation, parties will reach out to Courtroom Deputy Clerk.