# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CV217-144**  DATE **01/15/2020**

TITLE  **Stacy Miller v. City of Darien**

TIMES **10:03 - 10:30**  TOTAL **30 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Adian Miller | Richard Strickland<br>Emily Hancock | |

PROCEEDINGS :  **Pretrial Conference**     ☐ In Court     ☑ In Chambers

Parties present for Pretrial conference.
Trial will be moved up one day to begin on Monday, February 24th, 2020.
Court reviews jury selection process with parties ; all cautioned to have more witnesses than necessary.  Court will call 32 jurors and will seat 8 jurors to hear the case.
Any appeal of the ruling on the pending motions to be made as quickly as possible.
Counsel to provide 10 days before trial (02/14/20) the following:
1. Short, joint statement of the case, 2. Joint verdict form, 3. Joint jury charge. If any part can not  be made jointly, both sides to file on the record the position of each.
Each party to have until Monday (01/20) to file argument as to if constructive discharge should / should not be included.
Court reviews pretrial order with parties:
Stipulations - Court will leave up to the parties how to handle the stipulations.
Defendants are to put on the record the name of the insurance.
Parties have reviewed exhibits - Court gives deadline of COB today to file on the record any objections to exhibits.  No witness issues.
Parties are open to settlement conference with Magistrate Judge - Court to try and set settlement conference late January  / early February.