IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STACY MILLER, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-cv-144 |
| v. | |
| CITY OF DARIEN, et al. | |
| Defendants. | |

**O R D E R**

By Order dated January 16, 2020, the Court scheduled this matter for a Court-assisted settlement conference.  Doc. 77.  The Court conducted a settlement conference with the parties on January 23, 2020, during which the parties reached an agreement to resolve this matter.

The Court **DIRECTS** the parties to confer regarding finalization of the settlement agreement.  The Court **DIRECTS** the parties to file a joint stipulation of dismissal or, in the absence of a joint stipulation of dismissal, an update on the status of the finalization of the settlement agreement, on or before February 24, 2020.  The Court **STAYS** all remaining deadlines until February 24, 2020.  If the Court has not received a joint stipulation of dismissal or a status update by February 24, 2020, the stay put in place by this Order will be automatically lifted.

**SO ORDERED**, this 27th day of January, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA