IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STACY MILLER, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case Number: 2:17-cv-144 |
| | * |
| CITY OF DARIEN | * |
| | * |
| Defendant | * |

**STATUS UPDATE REGARDING SETTLEMENT**

Pursuant to the Court's instructions in its January 27, 2020 order, the parties write to update the Court as to the status of their settlement. The City of Darien shows that it has complied with all of its non-monetary obligations under the settlement agreement announced in Court on January 24, 2020, to wit: (1) the February 3, 2016 written reprimand has been removed from Plaintiff's personnel file; (2) Chief Howard has written, signed, and dated a positive letter of recommendation for Plaintiff; (3) a notation has been appended to Plaintiff's personnel file instructing anyone providing an employment reference to do nothing more than verify dates of employment and that Plaintiff was eligible for rehire at the time of her resignation; and (4) POST has been notified that Plaintiff's rank at the time of her resignation was Sergeant. Plaintiff has been provided with documentation that these tasks have been completed.

Unfortunately, the adjuster handling this matter for the City's risk management fund unexpectedly departed, causing a delay in the issuance of settlement checks.

Undersigned counsel for the City was informed by the new adjuster that the settlement checks were overnighted on February 24, 2020. The parties anticipate that the settlement funds will be distributed, and a dismissal will be filed, no later than February 28, 2020.

Respectfully submitted, this twenty-fourth day of February, 2020.

/s/ Adian Miller_____
Adian Miller
Georgia Bar No. 794647
armiller@forthepeople.com
MORGAN & MORGAN, PLLC
191 Peachtree Street NE
Suite 4200
Atlanta, GA 30303
Phone (404) 496-7332
**ATTORNEY FOR PLAINTIFF**

/s/ Emily R. Hancock
Richard K. Strickland
Georgia Bar No. 687830
rstrickland@brbcsw.com
Emily R. Hancock
Georgia Bar No. 115145
ehancock@brbcsw.com
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
**ATTORNEYS FOR DEFENDANT**