IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

STACY MILLER,                              *
                                           *
        Plaintiff                          *
                                           *
        v.                                 * Case Number: 2:17-cv-144
                                           *
CITY OF DARIEN                             *
                                           *
        Defendant                          *

**NOTICE OF STATUS UPDATE**

Pursuant to the Court's instructions in its January 27, 2020 order, the parties write to update the Court as to the status of their settlement. Plaintiff's counsel received payment on February 27, 2020, and Plaintiff anticipates the execution and return of the agreement to her counsel by March 3, 2020. The parties will stipulate to dismissal of this case upon receipt, i.e. no later than March 3, 2020.

Respectfully submitted, this twenty-eighth day of February, 2020.

/s/ Adian Miller
Adian Miller
Georgia Bar No. 794647
armiller@forthepeople.com
MORGAN & MORGAN, PLLC
191 Peachtree Street NE
Suite 4200
Atlanta, GA 30303
Phone (404) 496-7332
**ATTORNEY FOR PLAINTIFF**

/s/ Emily R. Hancock
Richard K. Strickland
Georgia Bar No. 687830
rstrickland@brbcsw.com
Emily R. Hancock

Georgia Bar No. 115145
ehancock@brbcsw.com
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
**ATTORNEYS FOR DEFENDANT**