IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STACY MILLER, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case Number: 2:17-cv-144 |
| | * |
| CITY OF DARIEN, et. al. | * |
| | * |
| Defendants | * |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff and Defendants, by and through their undersigned counsel, and hereby file this Stipulation of Dismissal pursuant to FRCP 41(a)(1)(ii).  This Stipulation of Dismissal is signed on behalf of all of the parties who have appeared in this action.  The Dismissal of the action is with prejudice.  The parties agree that each party will bear its own costs with regard to this action.

SO STIPULATED, this tenth day of March, 2020.

/s/ C. Ryan Morgan_____
C. Ryan Morgan
Georgia Bar No. 711884
rmorgan@forthepeople.com
MORGAN & MORGAN, PLLC
191 Peachtree Street NE
Suite 4200
Atlanta, GA 30303
Phone (404) 496-7332
**ATTORNEY FOR PLAINTIFF**

/s/ Emily R. Hancock
Richard K. Strickland
Georgia Bar No. 687830
rstrickland@brbcsw.com
Emily R. Hancock
Georgia Bar No. 115145
ehancock@brbcsw.com
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
**ATTORNEYS FOR DEFENDANT**